**No. 68975.**—Colorama Textile Corp. *v.* United States, protest 64/1 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 68976.**—Vanguard Military Equipment Co. *v.* United States, protests 58/17180, 58/19389, and 59/19584 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia, composed in chief value of bullions, similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

**No. 68977.**—Witkowski N.Y. Agency, Inc., and J. J. Gavin & Co., Inc., et al. *v.* United States, protests 61/12946, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.